Chicago Title and Trust Company and Supreme Council of the Royal Arcanum, appellees, v. Ethel Levy et al., defendants. Ethel Levy, appellant. Gen. No. 37,161.

Opinion filed June 15, 1934.

Nathan Shefner, for appellant. Vernon R. Loucks and A. J. Hennings, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

Rose Kimen, defendant in error, v. Atlas Exchange National Bank of Chicago, plaintiff in error. Gen. No. 37,308.

Opinion filed June 15, 1934.

Elbridge W. Rice, for plaintiff in error. Lloyd C. Whitman, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Josephine Kastro, administratrix of the estate of John Kastro, deceased, defendant in error, v. C. J. McGuire and Harry W. Nordendale, defendants. Harry W. Nordendale, plaintiff in error. Gen. No. 36,947.

Opinion filed June 15, 1934.

Jones & Key, for plaintiff in error; Wm. Y. Key and Robert G. Dreffein, of counsel. Irving G. Zazove, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

James J. Brown, appellant, v. Leathem Smith-Putnam Navigation Company, appellee. Gen. No. 37,027.

Opinion filed June 15, 1934.

A. S. and E. W. Froehlich, for appellant. Kremer, Branand & Hayes, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

C. E. Herrod, receiver of Universal State Bank, defendant in error, v. Michael Rozenski et al., defendants. Joseph J. Ezerski and Dominik Piwaronas, plaintiffs in error. Gen. No. 37,036.

Opinion filed June 15, 1934.

Kamfner & Halligan, for plaintiffs in error; Samuel M. Lanoff, of counsel. Litsinger, Healy, Reid & Bye, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

**Lee Tire and Rubber Company of New York, appellant, v. Anthony J. Toren et al., appellees. Gen. No. 37,074.**

Opinion filed June 15, 1934. Rehearing denied June 27, 1934.

Teller, Levit, Silvertrust & Levi, for appellant; Walter F. Dodd, of counsel. Jacob G. Grossberg and Julius L. Kabaker, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

**Bernice Larson, defendant in error, v. Max Raphael et al., defendants. Walter E. Rogan, plaintiff in error. Gen. No. 37,107.**

Opinion filed June 15, 1934.

William C. Burns and Blaine G. Gernon, for plaintiff in error; Alvin G. Hubbard, of counsel. Hart & Shomberg, for defendant in error; Victor P. Frank, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**Mary J. Vogelsang, appellee, v. S. S. Kresge Company, appellant. Gen. No. 37,119.**

Opinion filed June 15, 1934. Rehearing denied June 27, 1934.

H. L. Howard and William Greene, for appellant. Philip Rosenthal, for appellee; John B. King, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

**The People of the State of Illinois ex rel. Oscar Nelson, Auditor of Public Accounts of the State of Illinois, v. Arlington Heights State Bank.**

**Michael Oefelein, intervening petitioner, appellee, v. Walter L. Plew, receiver, appellant. Gen. No. 37,149.**

Opinion filed June 15, 1934.

S. J. Fulton, for appellant. H. J. Thal, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.